UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

In Re:
Miscellaneous Petition to Substitute Counsel

## OMINBUS MOTION TO SUBSTITUTE COUNSEL

America Law Group, Inc. t/a Debt Law Group, PLLC, states as follows:

1. The attached list contains cases before this Court in which Jessica L. Fellows, Esquire ("Fellows") is listed as an attorney of record. Fellows became an attorney of record in such cases while employed by America Law Group, Inc. t/a Debt Law Group, PLLC ("America Law Group").

2. Fellows' last day of employment with America Law Group is 9/26/14. She will be relocating to another jurisdiction. America Law Group requests that she be removed as attorney of record on the cases listed on the attached list.

3. America Law Group's written contract with each client on the attached list clearly states that America Law Group, Inc. represents the said clients.

4. Richard J. Oulton, Esquire, an attorney employed by America Law Group, is currently representing other of the firm's clients in this Division of the Court and should be substituted as counsel for Fellows.

5. Additionally, Fellows does not wish to continue receiving notices regarding these cases and, accordingly, agrees to the requested substitution of counsel for administrative convenience.

WHEREFORE, America Law Group, Inc. t/a Debt Law Group, PLLC, moves to substitute Richard J. Oulton, Esquire, of America Law Group, Inc. t/a Debt Law Group, PLLC, as counsel of record in substitution of Jessica L. Fellows, Esquire, in the cases on the attached list.

FOR AMERICA LAW GROUP, INC.
T/A DEBT LAW GROUP, PLLC

/s/ Richard J. Oulton
Richard J. Oulton, Esq.
VSB# 29640
America Law Group, Inc. t/a Debt Law Group, PLLC
8501 Mayland Drive, Suite 106
Henrico, VA 23294
Phone:   (804) 308-0051
Fax:      (804) 308-0053
Counsel for Debtor

SEEN AND AGREED:

/s/ Jessica L. Fellows
Jessica L. Fellows, Esq.

## CASES

| Case No. | Case Title |
| --- | --- |
| 09-36389-KRH | Richard Stephen Wiley and Elizabeth Michelle Wiley |
| 09-38009-KRH | Robert L. Messier |
| 10-37437-KLP | Harold Robert Caples |
| 10-38567-KRH | Joseph David Adams and Dorothy Smith Adams |
| 11-30026-KLP | Edilberto Gonzalez |
| 11-32050-KLP | June Marie Jarquin-Tokosh |
| 11-32284-KRH | Daniel Jermaine Randolph and Waukesha Randolph |
| 11-35104-KLP | Keisha Burton |
| 11-36429-KRH | Loretta Michelle Simmons |
| 11-36658-KLP | Tomaya Tammara Johnson |
| 12-30320-KLP | Alvaro Antonio Maldonado |
| 12-31272-KRH | Sean Andre Jones |
| 12-32877-KRH | Marcus Jovan Christopher |
| 12-32881-KLP | Margaret Louise Brown |
| 12-32984-KRH | Rich Rivers and Joe Ann Rivers |
| 12-33282-KRH | Bruce Sylvester Turner |
| 12-33533-KRH | Leticia A. Bland |
| 12-33640-KRH | Donald B. Conley |
| 12-34098-KRH | Princess Lester Smith |
| 12-34156-KRH | Sojourna A. Broner |
| 12-34466-KLP | Loretta Marshall-Legrone |
| 12-34478-KLP | Curtis Michael Jenkins |
| 12-34479-KRH | Vivian B Batts |
| 12-34543-KRH | Lloyd W Banks |
| 12-34820-KRH | Samuel Matthews |
| 12-34960-KLP | Tanteshia Darletta Turner |
| 12-34961-KLP | Theresa Irene Rodrigues |
| 12-34968-KLP | Timika Michelle Cousins |
| 12-35193-KLP | Cornelius Alexander Rogers |
| 12-35277-KLP | Jawawn Marcell Tune |
| 12-35346-KLP | Chasity Juanita Delaney |
| 12-35439-KRH | Janel Demetrius Anderson |
| 12-35478-KRH | Brandy Janeeta Frye |
| 12-35517-KRH | Lynette Selena McCray |
| 12-35526-KLP | Phyllis Jean Hamilton |
| 12-35560-KRH | Tyrone Heard |
| 12-35667-KRH | Alan F. Pickens and Hazel A. Pickens |
| 12-35782-KRH | Wardell Mosby, Sr. |
| 12-35870-KLP | Sharon E. Fields-Allums |
| 12-36034-KRH | Kelly Brown Fraser |
| 12-36043-KRH | Zahni Bradley |
| 12-36068-KRH | Johnny Powell |
| 12-36188-KLP | Vanessa G Perkins |
| 12-36204-KRH | Jose Ramon Almonte |
| 12-36305-KRH | Shannon Renee Roland |
| 12-36418-KLP | Puliti Abigail Moses |
| 12-36464-KRH | Neco N. Harvey |

| Case No. | Case Title |
|---|---|
| 12-36468-KLP | Scharvell Louise Bender |
| 12-36539-KRH | Kenneth Earl Wagstaff, Sr. |
| 12-36541-KLP | Edwin Collazo and Maria Nelis Collazo |
| 12-36543-KRH | Amy M. Cole |
| 12-36580-KLP | Naneen Cottrell Johnson |
| 12-36724-KLP | Florence Taylor Lee |
| 12-36770-KRH | Melvin Thomas Lambert |
| 12-36979-KRH | Christopher Wallace |
| 12-37020-KRH | Shannon Andrews |
| 12-37076-KRH | James Oneil Beale |
| 12-37077-KRH | Earnest P Forbess, Jr. |
| 12-37198-KLP | Karen N Peregoy |
| 12-37224-KRH | Teresina Letitia Toombs |
| 12-37281-KLP | Grayland Perkins |
| 12-37308-KRH | Mary Bailey Harper |
| 13-30094-KRH | Wendy Campbell |
| 13-30108-KRH | Amber Pulliam |
| 13-30170-KLP | Alfreda Renea Jones |
| 13-30198-KLP | Doris Ann Hence |
| 13-30225-KRH | Mojisola A Ogunmokun |
| 13-30270-KLP | Brandon J. Garlick |
| 13-30284-KLP | Thomasina Roberts May |
| 13-30315-KLP | Wilbert Boswell |
| 13-30535-KRH | Cayetano Ippolito |
| 13-30997-KRH | Donna Elizabeth Banks |
| 13-31169-KLP | Rasheda Janelle Harrison |
| 13-31170-KRH | Frank Estes Powell, Jr. and Carol Ann Powell |
| 13-31213-KRH | Michelle Dyane McLean |
| 13-31360-KLP | Stacey Rodell Moody, Sr. and Leslie A Moody |
| 13-31614-KLP | Quynh Thanh Tran and Tam Van Nguyen |
| 13-31665-KLP | Damian Lavelle Ford and Erica Katholyn Ford |
| 13-31764-KLP | Sharon McMillian |
| 13-31766-KRH | Damian Dion Rainey |
| 13-31767-KLP | Doretha Mae Zimmerman |
| 13-31931-KLP | Kaye Slater Ashworth |
| 13-32035-KLP | Princess Javona Collins |
| 13-32108-KLP | Sacajawea Dixon |
| 13-32368-KRH | Michael Luther Coles |
| 13-32701-KLP | Lashawn M. Lockley |
| 13-32732-KLP | Tyrone Malcolm Hughes |
| 13-32871-KRH | Diane Chandler Fielder-McCormick |
| 13-33211-KLP | Shelton Leonardo Easter |
| 13-33229-KRH | Philip Nehemiah Brown, Jr. |
| 13-33273-KLP | Troy Darrell Randall and Karen Michelle Randall |
| 13-33519-KLP | George Watende Johnson and Tenysha Nicole Johnson |
| 13-33526-KLP | Sonya Ernestine Weaver |
| 13-33543-KRH | Armando Napoles |
| 13-33544-KRH | Frank Wilbur Green |
| 13-33571-KLP | Michael Lee West and Kathryn Weems West |

| Case No. | Case Title |
|---|---|
| 13-33646-KRH | Jerome Norman Parker |
| 13-33720-KLP | Sasha Carmel Branch |
| 13-33737-KRH | Dommonick Gomas Wiley and Nakitha Deron Wiley |
| 13-33738-KRH | Angelette B Brown |
| 13-34053-KRH | Nichelle Elaina Breedlove |
| 13-34113-KLP | Michael Anthony Moore |
| 13-34555-KRH | Demario Preston Murphy |
| 13-35992-KRH | Donna P. Jacobs |
| 13-36708-KLP | Julie Ann Hood |
| 14-30030-KRH | Calvin Darnell Green and Kyona Jamillah Green |
| 14-30267-KRH | Ellen Elizabeth Newitt |
| 14-30395-KRH | Byron Major Woolridge and Linda Kirk Woolridge |
| 14-30396-KLP | Brenda L. Phillips |
| 14-30545-KRH | Suzette White Jackson |
| 14-30610-KRH | Robert Emmett Moyer and Tanisha Latrice Moyer |
| 14-30681-KRH | Darcel Alexis Bryant |
| 14-30887-KRH | Stephanie Regina Williamson |
| 14-31108-KLP | Matthew Stanley Muscat and Molly Frances Muscat |
| 14-31215-KLP | Odetta Bondell Johnson |
| 14-31763-KLP | Cheri Lynn Prater |
| 14-31819-KLP | Patricia Anne Cass |
| 14-31993-KRH | Jacquline Renarda Green |
| 14-32145-KLP | Curtis E. Lanneau |
| 14-32533-KRH | Angelique Renee Whitehead |
| 14-32535-KRH | Kimberly Gray Wilkinson |
| 14-32809-KLP | Darcel Alexis Bryant |
| 14-32867-KRH | Rita Faye Greenwood |
| 14-33110-KLP | Anna Marie Luchard |
| 14-33116-KLP | Flora LaVern Robinson |
| 14-33192-KLP | Marvin Leon Gaines, Sr. |
| 14-33505-KLP | Bebhinn Doireann Estell Blair |